## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| The Trustees of the Minnesota Cement Masons and Plasterers Fringe Benefit Funds, | Civil File No. 04-1504 MJD/RLE |
| Plaintiffs, | |
| vs. | **ORDER** |
| Stacy A. Cook, individually and d/b/a C.C.O. Stucco; and C.C.O. Stucco, a Minnesota General Partnership, | |
| Defendants. | |

  Rosene, Haugrud & Staab, Chartered, by STEPHEN KELLY, Esq., of Saint Paul, Minnesota, appeared for Plaintiffs.

  Stacy A. Cook, *pro se* appeared for Defendants.

  This matter came on for an in custody hearing before the Court on July 14, 2005, based on Defendants' failure to provide sufficient information for an audit pursuant to this Court's Order to Show Cause, dated January 24, 2005, Injunction, dated November 12, 2004 and Finding of Fact Conclusion of Law, and Order, dated November 12, 2004.

  Upon all files, records and proceedings herein, IT IS HEREBY ORDERED:

### ORDER

1.  That Co-Defendants Stacy A. Cook and C.C.O. Stucco shall provide the following material for the years 2003 and 2004 to Plaintiffs' auditor before August 25, 2005:

  a.  A source of information that shows actual hours worked by employees (generally payroll registers or individual earnings records);

    b.    Federal Form 941 (quarterly)/Form 940 (annually);

    c.    Minnesota Unemployment Quarterly Tax Return (quarterly);

    d.    1099/1096 forms (annually); and

    e.    W2/W3 (annually; for 2004 only).


Dated:  July 18, 2005                      s/ Michael J. Davis
                                                  MICHAEL J. DAVIS
                                                  United States District Judge