**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **The Trustees of the Minnesota Cement Masons and Plasterers Fringe Benefit Funds,** | |
| **Plaintiffs,** | **ORDER** |
| v. | |
| **Stacy A. Cook, individually and d/b/a C.C.O. Stucco, a Minnesota General Partnership,** | **Civil No. 04-1504 (MJD/RLE)** |
| **Defendants.** | |

Andrew E. Staab, Rosene, Haugrud, & Staab, Counsel for Plaintiffs.

Stacy A. Cook, pro se.

The above-entitled matter came on for hearing before the Court on November 12, 2004, on Plaintiff's motion for entry of judgment by default against Defendants.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant has until November 1, 2005 to explain to the Court why he should not pay the amount stated in Plaintiffs' attorney's affidavit.

2. If Defendant does not respond by November 1, 2005, the Clerk of Court shall enter judgment in favor of Plaintiffs, in the amount of $8,620.76, consistent with this Court's Order dated November 12, 2004.

Dated: September 30, 2005    s/ Michael J. Davis
                             Judge Michael J. Davis
                             United States District Court