# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **The Trustees of the Minnesota Cement Masons and Plasterers Fringe Benefit Funds,** | |
| Plaintiffs, | **ORDER** |
| v. | Civil No. 04-1504 (MJD/RLE) |
| **Stacy A. Cook, individually and d/b/a C.C.O. Stucco, a Minnesota General Partnership,** | |
| Defendants. | |

Stephen Kelly, Rosene, Haugrud, & Staab, Counsel for Plaintiffs.

Stacy A. Cook, pro se.

The above-entitled matter came on for hearing before the Court on August 25, 2005, on Plaintiff's Request for Entry of Judgment by Default against Defendants.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Judgment in the amount of seven thousand one hundred and seven dollars and eighty-one cents ($7,107.81) is entered in favor of Plaintiff and against Defendants jointly and severally.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 22, 2005

s/ Michael J. Davis
Judge Michael J. Davis
United States District Court